IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 11-cv-00473-WYD-KMT

JOHN CHAMBERLAIN, IV,

    Applicant,

v.

J. WANDS, Warden,

    Respondent.

## ORDER OF DISMISSAL

Applicant John Chamberlain is in the custody of the United States Bureau of Prisons (BOP) at the Federal Correctional Institution in Florence, Colorado. Mr. Chamberlain initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging the BOP's calculation of prior custody credit pursuant to 18 U.S.C. § 3585(b). The action was drawn to a district judge and randomly assigned to me on April 27, 2011. Pursuant to an Order to Show Cause, Respondent filed a response on June 10, 2011.

On September 13, 2011, Mr. Chamberlain filed a motion to dismiss, requesting dismissal of this civil action. On September 14, 2011, Respondent filed a response stating that they have no objection to dismissal. Upon review of the motion to dismiss and the file in this case, it is hereby

ORDERED that the Motion to Dismiss, filed September 13, 2011 [ECF No. 16] is **GRANTED** and this case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 19, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge